**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1910
Facsimile:   619.756.6991

*Attorneys for Plaintiffs and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS OSUNA and DANA FLORY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOKEO INC., a Delaware Corporation, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07310-SB-E<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiffs Jesus Osuna and Dana Flory pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 19, 2023

        **LYNCH CARPENTER, LLP**

        By:  */s/ Todd D. Carpenter*
        Todd D. Carpenter (CA 234464)
        todd@lcllp.com
        Scott G. Braden (CA 305051)
        scott@lcllp.com
        1350 Columbia Street, Ste. 603
        San Diego, California 92101
        Telephone:  (619) 762-1910
        Facsimile:   (619) 756-6991

        *Attorneys for Plaintiffs and Proposed Class Counsel*